United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Joheliana C Garcia-Sanchez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5238 |
| | § | |
| Patrick Contreras, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR STATUS UPDATE**

Before the Court is Petitioner's Notice Regarding Voluntary Departure Deadline and Request to Permit Timely Departure. Doc. 9. Petitioner alleges that she was granted post-conclusion voluntary departure with a departure deadline of September 18, 2026, but that she remains in immigration detention at the Houston Contract Detention Facility in Houston, Texas. *Id.* at 1–2. The Court takes judicial notice, however, that a search of the U.S. Immigration and Customs Enforcement's Online Detainee Locator System using Petitioner's Alien Registration Number and country of birth returns zero results, which suggests that Petitioner is no longer in immigration detention. *See* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/ (last visited September 24, 2026).

Respondents are ORDERED to provide a status report by **October 2, 2026**, stating whether Petitioner remains in Respondents' custody.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 28th of September, 2026.

Nicholas J. Ganjei
United States District Judge