United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Joheliana C Garcia-Sanchez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5238 |
| | § | |
| Patrick Contreras, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DISMISSING PETITION**

Before the Court is Respondents' Status Report indicating that Petitioner Joheliana C Garcia-Sanchez has voluntarily departed from the United States. Doc. 11. Petitioner's voluntary departure renders the sole challenge in her Petition—her detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT. All pending motions are DENIED AS MOOT. The Clerk of Court is directed to CLOSE this case.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 2nd of October, 2026.

Nicholas J. Ganjei
United States District Judge